**Charles A. LALIBERTE,**
**Plaintiff-Appellant**

v.

**Charles E. SAMUELS, Jr., Director**
**of Bureau of Prisons; Christopher**
**Nickrenz, Defendants-Appellees**

No. 16-2497

United States Court of Appeals,
Eighth Circuit.

Submitted: November 29, 2016

Filed: December 2, 2016

Charles A. LaLiberte, Kansas City, MO, pro se.

Jeffrey P. Ray, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellees

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Charles LaLiberte appeals after the district court[1] dismissed his pro se complaint. Upon careful review, we find no reason to reverse the dismissal order because, among other reasons, we agree with the district court that it had no personal jurisdiction over defendants. See World–Wide Volkswagen Corp. v. Woodson, 444 U.S.

1. The Honorable Stephen R. Bough, United States District Judge for the Western District

286, 291–92, 100 S.Ct. 559, 62 L.Ed.2d 490 (1980) (nonresident defendant must have minimum contacts such that suit "does not offend traditional notions of fair play and substantial justice"); Miller v. Nippon Carbon Co., 528 F.3d 1087, 1090–91 (8th Cir. 2008) (de novo review). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.